UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

ELIZABETH F. HAYES )
)
vs. ) Case No. 09-590-CV-W-RED-SSA
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security )
)

\_  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

Upon review of the record, the decision of the Administrative Law Judge is hereby AFFIRMED.

**IT IS SO ORDERED.**

July 2, 2010                                  Ann Thompson
Date                                          Clerk of the Court


Entered on: July 6, 2010                      s/ Karen Siegert
                                              (By) Deputy Clerk